# EXHIBIT B

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property & Disposition | Amount Realized |
|---|---|
| See Form 1 - Attached | $ 25,000.00 |
| Unscheduled Property | |
| Post-Petition Interest Deposits | 181.86 |

| | |
|---|---|
| TOTAL RECEIPTS | $25,181.86 |
| TOTAL SCHEDULED VALUE OF PROPERTY ORDERED ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF PROPERTY DEEMED ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE PROPERTY | $2,263.00 |
| TOTAL EXEMPTIONS | $9,763.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 05-32674 ERW Judge: Eugene R. Wedoff
Case Name: THOMPSON, MINNIE L
For Period Ending: 11/04/08

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 08/18/05 (f)
341(a) Meeting Date: 09/20/05
Claims Bar Date: 07/31/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT<br>Debtor Claimed Exemption | 113.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>Debtor Claimed Exemption | 700.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL<br>Debtor Claimed Exemption | 400.00 | 0.00 | | 0.00 | FA |
| 4. FURS AND JEWELRY<br>Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 5. INTERESTS IN INSURANCE POLICIES<br>Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. CONTINGENT CLAIMS<br>Personal Injury lawsuit. attorney is Donald Jaburek Jr.<br>Debtor Claimed Exemption | 0.00 | Unknown | | 25,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 181.86 | Unknown |
| TOTALS (Excluding Unknown Values) | $2,263.00 | $0.00 | | $25,181.86 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-32674 ERW Judge: Eugene R. Wedoff
Case Name: THOMPSON, MINNIE L

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 08/18/05 (f)
341(a) Meeting Date: 09/20/05
Claims Bar Date: 07/31/07

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a final report in this case.

Initial Projected Date of Final Report (TFR): 07/01/08 Current Projected Date of Final Report (TFR): 12/30/08

[signature] Date: 11/5/08
Frances Gecker