UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| THOMPSON, MINNIE L | ) | Case No. 05-32674-ERW |
| | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **December 9, 2008**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $25,181.86 |
    | Disbursements | $7,522.82 |
    | Net Cash Available for Distribution | $17,659.04 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Frances Gecker<br>*Trustee Compensation* | $0.00 | $2,518.01 | $0.00 |
    | FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $5,060.50 | $21.14 |

1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. Claims of general unsecured creditors totaling $21,601.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 81.2800%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Roundup Funding, LLC | $5,395.02 | $3,848.67 |
| 000002 | Roundup Funding, LLC | $8,706.13 | $6,210.72 |

7. Debtor's exemption totaling $7,500.00 has been allowed and paid as follows:

| Debtor | Amount of Exemption | Proposed Payment |
|---|---|---|
| Benjamin Thompson, Jr.* | $7,500.00 | $0.00 |

*Minnie Thompson is deceased and her exemption has been paid to her heir, Benjamin Thompson, Jr. per Court Order dated March 5, 2008.

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

{ THOMPSON / 001 / 00015324.DOC /}

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
| --- | --- |
| NONE | $ |

Dated: **November 6, 2008**               For the Court,

                                By:  **KENNETH S. GARDNER**
                                     Kenneth S. Gardner
                                     219 S. Dearborn Street
                                     7th Floor
                                     Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

{ THOMPSON / 001 / 00015324.DOC /}

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1           Date Rcvd: Nov 06, 2008
Case: 05-32674                Form ID: pdf002              Total Served: 10

The following entities were served by first class mail on Nov 08, 2008.
db          +Minnie L Thompson,   1957 E 93rd St Apt 1,    Chicago, IL 60617-3716
aty         +David Chang,   Chang & Carlin, LLP,   1305 Remington Road,   Suite C,   Schaumburg, IL 60173-4820
aty         +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60654-6465
tr          +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60654-6465
9701613     +AT & T,   PO Box 8212,   Aurora, IL 60572-8212
9701614     +Bank One,   P.O. Box 7526,   Newark, DE 19714-7526
9701615      Chase,   Box 52126,   Phoenix, AZ 85072-2126
9701612     +John P. Carlin #,   Macey & Aleman,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
9701616      Sears,   PO Box 182149,   Columbus, OH 43218-2149

The following entities were served by electronic transmission on Nov 07, 2008.
11355805      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Nov 07 2008 04:21:11      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9701611*     +Minnie L Thompson,   1957 E. 93rd. St Apt 1,   Chicago, IL 60617-3716
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                              **Signature:**   _Joseph Speetjens_